THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CARL HYMAN et al., Appellants.

*Crimes — keeping gambling room — judgment of conviction affirmed.*

People v. Hyman, 192 App. Div. 908, affirmed.

(Argued November 27, 1922; decided December 12, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 28, 1920, which affirmed a judgment of the Court of Special Sessions convicting the defendant of unlawfully keeping a room for gambling in violation of section 973 of the Penal Law.

*Edgar T. Brackett, Sheridan P. Wait* and *Abraham Greenberg* for appellants.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN CRANE and ANDREWS, JJ.